IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America**,

        **Plaintiff**

vs.

**Jeffrey R. Shope,**

        **Defendant**

**NOTICE**

Case No. 2:15-cr-189

**JUDGE FROST**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court
        Joseph P. Kinneary U.S. Courthouse
        85 Marconi Boulevard
        Columbus, Ohio 43215

**COURTROOM #5**

**SEPTEMBER 29, 2015 @ 12:00 P.M.**

TYPE OF PROCEEDING:    **ARRAIGNMENT ON INFORMATION**

**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**

DATE:    August 13, 2015

    /s/   Kristen Keppler
(By) Kristen Keppler, Deputy Clerk

To:    Ken Affeldt, Esq., 303 Marconi Blvd., Suite 200, Columbus, OH 43215
       Ralph Kohnen, Esq., 425 Walnut St., Suite 1080, Cincinnati, OH 45202
       United States Marshals Office
       United States Pretrial Services
       United States Probation